IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDMOND OSCAR WALKER,

    Petitioner,    No. CIV S-07-0803 DFL CMK P

  vs.

M.C. KRAMER,

    Respondent.    ORDER

                                   /

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in the dismissal of this action; and

/////

1

1             2.  The Clerk of the Court is directed to send petitioner a copy of the in forma
2  pauperis form used by this district.
3
4  DATED: May 9, 2007.
5
6                                              _____
                                                **CRAIG M. KELLISON**
7                                              UNITED STATES MAGISTRATE JUDGE