IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **EDMOND OSCAR WALKER,** | 2:07-cv-00803-JKS-CMK (HC) |
| Petitioner, | **ORDER** |
| v. | |
| **M. C. KRAMER,** | |
| Respondent. | |

GOOD CAUSE APPEARING, Respondent's first request for a thirty-day extension of time to file a response to the Petition is granted. Respondent's response is due on, or before, April 23, 2008.

DATED: March 26, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1