DANIEL J. BRODERICK, Bar #89494
Federal Defender
ANN C. McCLINTOCK, Bar #141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Petitioner
EDMOND OSCAR WALKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMOND OSCAR WALKER,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>M. C. KRAMER, et al.,<br><br>　　　　Respondents. | No. CIV S 07-00803 JKS CMK (HC)<br><br>**ORDER** |

On June 26, 2008, Petitioner filed an unopposed request to reset the briefing schedule in this case. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's supplemental merits brief shall be filed and served by October 3, 2008;

2. Respondents's supplemental merits brief, if any, shall be filed and served no later than November 3, 2008;

3. Petitioner's reply brief, if any, shall be filed and served by December 3, 2008.

DATED: June 27, 2008

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE