IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMOND O. WALKER,<br><br>　　　　　　Petitioner,<br><br>　vs.<br><br>MICHAEL S. EVANS,[1] Warden, California State Prison, Folsom,<br><br>　　　　　　Respondent. | No. 2:07-cv-00803-JKS<br><br>ORDER TO SHOW CAUSE |

　　　　IT IS HEREBY ORDERED THAT, within 15 days of the date of this order, the parties are to show cause why further proceedings in this matter should not be stayed pending the issuance of the mandate by the United States Court of Appeals for the Ninth Circuit in *Hayward v. Marshall*, 512 F.3d 536, *reh'g en banc granted*, 527 F.3d 797 (9th Cir. 2008), Case No. 06-55392.

　　　　Dated:　January 26, 2009.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ James K. Singleton, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　JAMES K. SINGLETON, JR.
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

　　　　[1] Michael S. Evans, Warden, Folsom State Prison, is substituted for M.C. Kramer, Warden, Folsom State Prison.  Fed. R. Civ. P. 17(d).